UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> O-CO CONCRETE CONSTRUCTION LLC, <br> a Washington limited liability company, <br><br> Defendant. | No. C21-00560-RSL <br><br><br> ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S COMPLIANCE WITH SUBPOENA DUCES TECUM |

THIS MATTER comes before the Court on "Plaintiff's Motion and Memorandum to Compel Defendant's Compliance with Subpoena Duces Tecum." Dkt. # 8. The motion was served at the address of defendant's registered agent on the father of defendant's registered agent/owner. No response has been filed.

IT IS HEREBY ORDERED AND DECREED:

1.     Plaintiff's motion to compel defendant O-Co Concrete Construction, LLC ("O-Co Concrete") to comply with the subpoena duces tecum is GRANTED;

2.     Defendant, O-Co Concrete shall turn over the requested documents to plaintiff's counsel within twenty-one days of this Order.  Defendant, O-Co Concrete, may deliver the requested documents via U.S. mail.

3.      Plaintiff shall mail (and, if possible, email) a copy of this Order and the subpoena

to O-Co Concrete within three days of the date of this Order.

Dated this 10th day of January, 2022.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE