UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> O-CO CONCRETE CONSTRUCTION LLC, a Washington limited liability company, <br><br> Defendant. | NO.  C21-00560-RSL <br><br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER comes before the Court on plaintiff's unopposed Motion for Summary Judgment. Having reviewed the papers submitted and the remainder of the record, it is hereby ORDERED:

1. Plaintiff's Motion for Summary Judgment is GRANTED;

2. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant, O-Co Concrete Construction LLC, in the amounts hereinafter listed, which amounts are due to the Plaintiff for the employment period of May 2020 through May 2021 for the Washington Teamsters Welfare Trust:

   A. $15,230.16 for contributions;

   B. $3,046.03 for liquidated damages; and

   C. $676.25 for interest through August 1, 2022.

Plaintiff is also entitled to an award of reasonable attorneys' fees and costs and may, within 14 days of the date of this Order, file an attorney's fees and costs declaration. An amended judgment will be entered if fees and costs are timely requested and awarded.

    Dated this 14th day of August, 2022.

                                              *Robert S. Lasnik*
                                              Robert S. Lasnik
                                              United States District Judge