UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>O-CO CONCRETE CONSTRUCTION LLC,<br>a Washington limited liability company,<br><br>Defendant. | NO. C21-00560-RSL<br><br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND DIRECTING ENTRY OF AMENDED JUDGMENT |

THIS MATTER comes before the Court on plaintiff's unopposed "Motion for Attorneys' Fees and Costs Under FRCP 54." Dkt. # 23. Having reviewed the papers submitted and the remainder of the record, it is hereby ORDERED:

1. The Court finds that the hourly rates charged and number of hours spent on this matter are reasonable;

2. Plaintiff's motion is GRANTED;

3. The Clerk of Court is directed to enter an amended judgment in favor of plaintiff and against defendant, O-Co Concrete Construction LLC, in the amounts set forth below, which amounts are due to the plaintiff for the employment period of May 2020 through May 2021:

   A.   $15,230.16 for contributions;

B.  $3,046.03 for liquidated damages;

C.  $676.25 for interest through August 1, 2022;

D.  $5,074.65 in attorney's fees; and

E.  $557.00 in costs.


Dated this 15th day of September, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge